| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 21-18202-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Jul 24 01:07:38 EDT 2025 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| Bank of America<br>Attn: Bankruptcy<br>Nc4-105-03-14 Po Box 26012<br>Greensboro, NC 27420 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>Po Box 45144<br>Jacksonville, FL 32232-5144 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bby/cbna<br>Attn: Bankruptcy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Bby/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Broward County Clerk<br>201 SE 6th St.<br>Fort Lauderdale, FL 33301-3303 | Broward County Tax Assessor<br>Governmental Center<br>115 S. Andrews Ave.<br>Room A100<br>Fort Lauderdale, FL 33301-1888 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850-5369 | Chase Mortgage<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 |
| Christina N. Luis<br>5507 Courtyard Drive<br>Margate, FL 33063-1526 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 |
| Deutsche Bank National trust Company, et al.<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>701 Experian Parkway<br>Allen, TX 75013-3715 | Gateway One Lending & Finance<br>175 North Riverview Drive<br>Suite 100<br>Anaheim, CA 92808-1225 |
| Gateway One Lending & Finance<br>3818 E Coronado<br>Anaheim, CA 92807-1620 | IRS<br>Philadelphia, PA 19255-0075 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

| | | |
|---|---|---|
| Lincoln Automotive Fin<br>Attn: Bankruptcy<br>Po Box 542000<br>Omaha, NE 68154-8000 | Lincoln Automotive Fin<br>Pob 542000<br>Omaha, NE 68154-8000 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Consumer USA<br>PO Box 660633<br>Dallas, TX 75266-0633 | Santander Consumer USA, Inc.,<br>successor in interest to Gateway<br>One Lending & Finance, LLC<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Select Portfolio Servicing, Inc. (SPS)<br>Attn: Bankruptcy Dept.<br>POB 65250<br>Salt Lake City, UT 84165-0250 | Syncb/HH Gregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/HH Gregg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/ HH Gregg<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ HH Gregg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/ Money Sport<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ Money Sport<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | (p)TRANSUNION<br>555 W ADAMS<br>CHICAGO IL 60661-3631 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>Po Box 3<br>Hillsboro, OR 97123-0003 |
| Volkswagen Credit, Inc<br>P.o. Box 3<br>Hillsboro, OR 97123-0003 | Adam I Skolnik<br>1761 West Hillsboro Blvd., Ste. 207<br>Deerfield Beach, FL 33442-1561 | Phillip Luis<br>5507 Courtyard Dr.<br>Margate, FL 33063-1526 |

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | Department Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | (d)Department Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Equifax<br>1550 Peachtree Street, NW<br>Atlanta, GA 30309-2468 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | TransUnion<br>555 West Adams St.<br>Chicago, IL 60661 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, as T<br>Choice Legal Group | (u)United States of America, Dept of Treasury | (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |

End of Label Matrix
Mailable recipients    54
Bypassed recipients     3
Total                  57